UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUISE BROWN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> USAA CASUALTY INSURANCE, ET AL., <br><br> Defendants. | CASE NO. 3:23-cv-05503-JHC <br><br> ORDER TO SHOW CAUSE |

      Defendant USAA Casualty Insurance removed this action based on diversity jurisdiction. Dkt. # 1. The notice of removal states that "Plaintiffs are *residents* of Washington State," while "USAA is a Texas corporation with headquarters located in San Antonio, Texas." *Id.* at 2 (emphasis added). But diversity jurisdiction is based on the *citizenship* of the parties, not their *residences*. *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) ("Plaintiffs' complaint and Pfizer's notice of removal both state that Plaintiffs were 'residents' of California. But the diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency."). While the two concepts often overlap, they are not coextensive. *See id.* ("A person residing in a given state is not necessarily domiciled there, and thus is not necessarily a citizen of that state.").

ORDER TO SHOW CAUSE - 1

USAA Casualty Insurance is ORDERED to show cause within 14 days regarding this Court's jurisdiction. USAA should clarify whether it asserts that Plaintiffs are citizens of Washington state. USAA's response shall not exceed two (2) pages.

If the Court is satisfied that it has jurisdiction based on USAA's response, the Court will not issue a separate order confirming such a conclusion.

Dated this 16th day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge