**Honorable Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOUISE BROWN and CHRIS BUTLER, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE; a foreign insurance company, and DOES 1-5,<br><br>Defendants. | No. 3:23-cv-05503-TMC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS**<br><br>**(CLERK'S ACTION REQUIRED)** |

## 1) STIPULATION

The undersigned parties stipulate that all claims and causes of action by Plaintiffs Louise Brown and Christopher Butler against Defendant USAA Casualty Insurance be dismissed with prejudice and that the Order below dismissing Plaintiffs' claims and causes of action with prejudice and without an award of fees or costs may be entered.

//

//

//

//

Stipulation and Order of Dismissal of All Claims – 1
Cause No. 3:23-CV-05503

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1  Dated this 5th day of September 2024.     Dated this 5th day of September 2024.

2  FORSBERG & UMLAUF, P.S.                   SKUDA LAW FIRM PLLC

3

4  *s/ Daniel L. Syhre*                         *s/ Jason Skuda*
   Kimberly A. Reppart, WSBA #30643          Jason Skuda, WSBA #36358
   Daniel L. Syhre, WSBA #34158              *Attorney for Plaintiffs*

5  *Attorneys for Defendant USAA Casualty Insurance*

6

### 2) **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that Plaintiffs' claims and causes of action be dismissed with prejudice and without an award of attorney fees or costs to either party.

Dated this 5th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant USAA Casualty Insurance*

Stipulation and Order of Dismissal of All Claims – 2
Cause No. 3:23-CV-05503

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS*** on the following individuals in the manner indicated:

Mr. P. Jason Skuda
Skuda Law Firm PLLC
110 Prefontaine Place S., Suite 304
Seattle, WA  98104

*Attorneys for Plaintiffs*
(X)  Via ECF
(X)  Via Email

**SIGNED** this 5th day of September, 2024, at Seattle, Washington.

*s/ Herlinda T. Rivera*
Herlinda T. Rivera

Stipulation and Order of Dismissal of All Claims – 3
Cause No. 3:23-CV-05503

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX